BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00199 AWI/BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SET ARRAIGNMENT AND PLEA HEARING |
| v. | |
| MICHAEL SEGUINE, | DATE: November 17, 2014<br>TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsels, Michael G. Tierney, counsel for the United States, and Kenneth Mark Barish, counsel for the defendant Michael Seguine that the Arraignment in the above-captioned matter now set for October 14, 2014 shall be vacated and rescheduled for Arraignment and Plea hearing on **November 17, 2014 at 10:00 a.m.** before Senior United States District Judge Anthony W. Ishii.

///
///
///
///
///

Stipulation and [Proposed] Order Re: of Plea Hearing

1

1  IT IS SO STIPULATED.

2

3

4  DATED:    September 18, 2014                BENJAMIN B. WAGNER
                                               United States Attorney

5

6                                              /s/ Michael G. Tierney
                                               MICHAEL G. TIERNEY
7                                              Assistant United States Attorney

8  DATED:    September 18, 2014

9

10                                             /s/ Kenneth Mark Barish
                                               KENNETH MARK BARISH
                                               Counsel for Defendant
11                                             Michael Seguine

12

13
                              **O R D E R**
14

15

16 IT IS SO ORDERED.

17 Dated:   September 19, 2014         _____
                                       SENIOR  DISTRICT  JUDGE
18
       **A.**
19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order Re: of      2
Plea Hearing