REV.  06/2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:  Michael William Seguine**<br>**Docket Number:  0972 1:14CR00199-001**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Michael William Seguine is requesting permission to travel to the Eastern Caribbean.  The offender is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On January 26, 2015, Michael William Seguine was sentenced for the offense of 31 USC 5324(a)(3), Structuring, a Class D Felony.

**Sentence Imposed:**  36 months probation.  Special conditions include:  Financial disclosure; No firearm; Search and seizure; Mental health treatment; Aftercare copayment; DNA collection; $5,000 fine (paid); $100 Special Assessment.

**Dates and Mode of Travel:**  March 12 – 19, 2016, via Carnival Cruise ship.

**Purpose:**  Vacation.

1

**RE:    Michael William Seguine**
**Docket Number:  0972 1:14CR00199-001**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Sarah L. Kirk

**SARAH L. KIRK**
**United States Probation Officer**

Dated:   February 3, 2016
         Fresno, California
         :JH

|  | /s/ Tim D. Mechem |
|---|---|
| **REVIEWED BY:** | **TIM D. MECHEM** |
|  | **Supervising United States Probation Officer** |

## ORDER OF THE COURT

☒   Approved        ☐   Disapproved

IT IS SO ORDERED.

Dated:  February 10, 2016        _____
                                  SENIOR DISTRICT JUDGE